1 | CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7210

7 | FAX: (415) 436-6748
Jonathan.Lee@usdoj.gov

8

Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12

13 | UNITED STATES OF AMERICA,                ) No. 4:23-cr-00191 AMO
                                              )
14 |         Plaintiff,                        )
                                              )
15 |    v.                                     ) NOTICE OF CORRECTED CONTACT
                                              ) INFORMATION
16 | JAKARI JENKINS, ET AL.,                   )
                                              )
17 |         Defendants.                       )
                                              )
18 |                                           )

NOTICE OF CORRECTED CONTACT INFO.         1
4:23-cr-00191 AMO

The United States Attorney's Office files this Notice of Corrected Contact Information for Assistant United States Attorney Jonathan U. Lee, in order to provide counsel and court personnel updated contact information for AUSA Lee.  This notice updates the mailing address, phone number and facsimile number to current information.

The undersigned requests that the Clerk's Office revise the contact information for undersigned counsel on the docket to the following:

Jonathan U. Lee
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Jonathan.Lee@usdoj.gov
(415) 436-7210 phone
(415) 436-6748 facsimile

DATED:  June 17, 2025                                      Respectfully submitted,

                                                            CRAIG H. MISSAKIAN
                                                            United States Attorney

                                                            /s/ Jonathan U. Lee
                                                            _____
                                                            JONATHAN U. LEE
                                                            Assistant United States Attorney